THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:16CR16 |
| | § | |
| CRAIG ANTHONY LIKUS (1) | § | |

## ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his/her right to a detention hearing. It is therefore

**ORDERED** that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed this 22nd day of February, 2016.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE